**REYNOLDS v. GILBERT. (No. 52.)**

(Court of Civil Appeals of Texas. Eastland. Nov. 20, 1925.)

**1. Appeal and error ⟐⟐⟐79(1).**

In action against several defendants, there is no final appealable judgment until case has been disposed as to each of them.

**2. Appeal and error ⟐⟐⟐494.**

In absence of showing by record of final judgment in case, appellate court is without jurisdiction.

Appeal from District Court, Callahan County; W. R. Ely, Judge.

Suit by Scott W. Gilbert against C. M. Reynolds and others. Judgment for plaintiff, and defendant named appeals. Appeal dismissed.

Grisham Bros., of Eastland, for appellant.

B. L. Russell, of Baird, and Scarborough & Wilson, of Abilene, for appellee.

---

⟐⟐⟐For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

(284 S.W.)

LITTLER, J. This is a suit instituted by Scott W. Gilbert, appellee, against J. H. Reynolds, W. H. Reynolds, and C. M. Reynolds, appellants, to recover upon a promissory note in the sum of $3,280.50, alleged to be executed by the three defendants, J. H. Reynolds, W. H. Reynolds, and C. M. Reynolds.

[1] The record shows that a judgment was rendered against J. H. Reynolds and C. M. Reynolds, but fails to show that disposition of the case was made as to the defendant W. H. Reynolds, and therefore fails to show that there was a final judgment in the case. Kolp v. Weil Bros. (Tex. Civ. App.) 173 S. W. 1006; Willis v. Keator (Tex. Civ. App.) 181 S. W. 556; G., C. & S. F. Ry. Co. v. Atlantic Fruit Dist. (Tex. Civ. App.) 184 S. W. 294; Williams v. Bell, 53 Tex. Civ. App. 474, 116 S. W. 837; Railway Co. v. Scott, 78 Tex. 360, 14 S. W. 791; Railway Co. v. Smith Co., 58 Tex. 76.

[2] There being no final judgment shown by the record, this court is without jurisdiction, and the appeal is therefore dismissed.